UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
MICHAEL GREGORY, individually and on
behalf of all others similarly situated,

                Plaintiff,

                                        Case No. 1:09-cv-2157-ILG-JO

v.

ACADEMY COLLECTION SERVICE, INC.,
and DOES 1 through 20, inclusive,

                Defendants.
---------------------------------------------------------X

**DEFENDANT, ACADEMY COLLECTION SERVICE INC.'S,
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

       Defendant, Academy Collection Service, Inc. ("ACS"), through counsel and pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states:

       1.     Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

       2.     ACS does not have a parent corporation, and there is no publicly held corporation that owns 10% or more of its stock.

                                         Respectfully Submitted,

                                        _____
                                        Kevin Barry McHugh (KM5924)
                                        LAW OFFICES OF EDWARD GARFINKEL

12 Metrotech Center, 28th Floor
Brooklyn, New York 11201
Telephone:   (718) 250-1100
Facsimile:   (718) 250-1168

Counsel for Defendant,
Academy Collection Service, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this __16th__ day of June 2009, a true and correct copy of the

foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to

the parties of record by operation of the Court's electronic filing system, including:

Amir J. Goldstein, Esq.
591 Broadway, Suite 3A
New York, NY  10012

_____
Attorney

N:\Academy Collection Service\Gregory, Michael (CLASS) (8954-09-24627)\Pleadings\ACS' Corporate Disclosure Statement.doc