UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL GREGORY, individually and on
behalf of all others similarly situated,

                Plaintiff,

                Case No. 1:09-cv-2157-ILG-JO

v.

ACADEMY COLLECTION SERVICE, INC.,
and DOES 1 through 20, inclusive,

                Defendants.
-----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 18 2009 ★
BROOKLYN OFFICE

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COMES now plaintiff, Michael Gregory, and defendant, Academy Collection Service, Inc. ("ACS"), by and through their undersigned counsel, in the above-titled action and represent to the Court that this matter, regarding plaintiff's claims against ACS, has been settled amicably on a single-plaintiff basis, and request entry of a Final Order of Dismissal with Prejudice in this matter, with each party to bear its own costs and attorneys' fees except as provided in the parties' Settlement Agreement and Release of Liability. The parties' settlement does not affect the claims of the putative class members.

Dated this _10th_ day of November 2009.

| | |
|---|---|
| S/Amir J. Goldstein_____ | /s/ Kevin Barry McHugh_____ |
| | Kevin Barry McHugh |
| Amir J. Goldstein | Law Offices of Edward Garfinkel |
| 591 Broadway, Suite 3A | 12 Metrotech Center, 28th Floor |
| New York, NY 10012 | Brooklyn, NY 11201 |
| Telephone: (212) 966-5253 | Telephone: (718) 250-1100 |
| Facsimile: (866) 288-9194 | Facsimile: (718) 250-1168 |
| ajg@consumercounselgroup.com | kevin.mchugh@chartisinsurance.com |
| Attorney for Plaintiff | Attorneys for Defendant |